Case Name:    BELDA, JEFFREY M.
              BELDA, MELISSA M.
Case No:      07-72047

# CERTIFICATION OF REVIEW

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: 1/29/08                    WILLIAM T. NEARY
                                   United States Trustee, Region 11


                             BY:    */s/ Carole J. Ryczek*
                                   CAROLE J. RYCZEK
                                   Attorney for the U.S. Trustee