IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN

IN RE:
BELDA, JEFFREY M.
BELDA, MELISSA M.

CHAPTER 7 -- Liquidation

CASE NO. 07-72047 MB

Debtor(s)

HONORABLE MANUEL BARBOSA

Social Security/Employer Tax ID Number: xxx-xx-1376

## NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
    At:  U.S. BANKRUPTCY COURT
         211 South Court Street, Room 220
         Rockford, IL  61101

    on:  MARCH 5, 2008
    at:  9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| BERNARD J. NATALE, LTD. Trustee's Firm Legal | $ 0.00 |  | 29.24 |
| BERNARD J. NATALE, LTD. Trustee's Firm Legal | $ 0.00 | 1,587.00 |  |
| BERNARD J. NATALE Trustee | $ 0.00 | 2,260.50 |  |
| Terry Frich Auctioneer | $ 1,937.00 |  | 0.00 |

4. The Trustee's Final Report shows total:

|   |   |   |
|---|---|---|
| a. Receipts | $ | 15,104.99 |
| b. Disbursements | $ | 1,937.00 |
| c. Net Cash Available for Distribution | $ | 13,167.99 |

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $9,291.25, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $48,777.10, resulting in an approximate distribution of 19.05% to unsecured creditors, plus interest.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

DATE: January 28, 2008            For the Court,

                                  By:/s/  BERNARD J NATALE

                                       Trustee

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0752-3           User: cshabez              Page 1 of 1                Date Rcvd: Jan 30, 2008
Case: 07-72047                 Form ID: pdf002            Total Served: 19

The following entities were served by first class mail on Feb 01, 2008.
 db          +Jeffrey M. Belda,    4545 Barharbor Drive,    Lake In The Hills, IL 60156-1076
 jdb         +Melissa M. Belda,    4545 Barharbor Drive,    Lake In The Hills, IL 60156-1076
 aty         +Bradley S Covey,    Springer, Brown,Covey, Gaertner & Davis,    232 S Batavia Ave,
               Batavia, IL 60510-3169
 tr          +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
11577773     +Anes. Assoc. of Crystal Lake,    4309 Med, Ctr. Dr., #A201,    Mchenry, IL 60050-8411
11577774     +Bank of America,    PO Box 17054,    Wilmington, DE 19850-7054
11577775     +Barclays Bank DE,    100 South West Street,    Wilmington, DE 19801-5015
11577776     +Centegra Health System,    PO Box 5995,    Peoria, IL 61601-5995
11577777     +Chase,    Bank One Card Services,    800 Brooksedge Blvd.,   Westerville, OH 43081-2822
11743277      Chase Bank USA,     c o Weinstein and Riley, PS,    po box 3978,    seattle, WA 98124-3978
11577778     +Chrysler Financial,    5225 Crooks Rd. Suite 140,    Troy, MI 48098-2823
11577779     +Citi,    Box 6241,   Sioux Falls, SD 57117-6241
11577780     +Citi,    PO Box 6537,    The Lakes, NV 88901-6537
11577781      Citi Mortgage,    PO Box 183040,    Columbus, OH 43218-3040
11577782     +First American Bank,    700 Busse Hwy.,    Elk Grove Village, IL 60007-2133
11577783     +Harris Bank,    111 W.Monroe,    Chicago, IL 60603-4095
11577784     +Universal Citi,    8787 Bay Pines,    Jacksonville, FL 32256-8528
The following entities were served by electronic transmission on Jan 31, 2008.
11862987       E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
11877574       E-mail/PDF: B-LinellcBNCNotifications@blinellc.com Jan 31 2008 02:33:01      Roundup Funding, LLC,
               MS 550,    PO Box 91121,    Seattle, WA 98111-9221
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
11577785*    +Universal Citi,    8787 Bay Pines,    Jacksonville, FL 32256-8528
                                                                                              TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 01, 2008              Signature:   _Joseph Speetjens_